■ JOHANNA C. FISHER, Appellant, v JAMES LONGHITANO et al., Respondents.—In an action for a judgment declaring that a certain plot of land was illegally subdivided and that the defendant Longhitano's parcel is not a conforming buildable lot, the plaintiff appeals from so much of a judgment of the Supreme Court, Suffolk County (Underwood, J.), dated October 15, 1985, as granted summary judgment to the defendants dismissing the complaint.

Ordered that the judgment is affirmed insofar as appealed from, with one bill of costs.

The instant action is barred by the applicable Statute of Limitations. Special Term's award of summary judgment to the defendants was, therefore, proper (CPLR 3211 [a] [5]). Lazer, J. P., Mangano, Bracken and Niehoff, JJ., concur.

■ MARGARET J. GATTO, Respondent, v SHERRY BOYD, Appellant.—In an action to recover damages for personal injuries resulting from an automobile collision, the defendant appeals from an order of the Supreme Court, Orange County (Ritter, J.), dated December 18, 1985, which denied her motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The information contained in the affidavits submitted by the plaintiff in opposition to the instant motion for summary judgment raises a triable issue of fact as to whether the plaintiff sustained "serious injuries" within the meaning of Insurance Law 5102 (d). Accordingly, Special Term properly denied the defendant's motion for summary judgment. Mollen, P. J., Thompson, Eiber and Spatt, JJ., concur.